**JENNIFER CLARK**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front Street, Suite 401
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
AUG 24 2022
Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMEY WAYNE CHARON, JR., <br><br> Defendant. | CR 22- 28 -BU- DLC <br><br> **INDICTMENT** <br><br> **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** <br> Title 21 U.S.C. § 841(a)(1) <br> Title 18 U.S.C. § 2 <br> (Count 1) <br> (Penalty: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) <br><br> **DISTRIBUTION OF METHAMPHETAMINE** <br> Title 21 U.S.C. § 841(a)(1) <br> (Count 2) <br> (Penalty: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release) |

1

|  | **DISTRIBUTION OF METHAMPHETAMINE**<br>Title 21 U.S.C. § 841(a)(1)<br>(Count 3)<br>(Penalty: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release)<br><br>**PROHIBITED PERSON IN POSSESSION OF FIREARMS AND AMMUNITION**<br>Title 18 U.S.C. § 922(g)(1)<br>(Count 4)<br>(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>**CRIMINAL FORFEITURE**<br>Title 18 U.S.C. § 924(d)<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

Beginning on or about March 30, 2022, and continuing until on or about April 8, 2022, at Bozeman, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, JAMEY WAYNE CHARON, JR., knowingly and unlawfully possessed with the intent to distribute, five grams or more of actual methamphetamine, a Schedule II controlled substance, and did aid and abet the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

COUNT 2

On or about March 30, 2022, at Bozeman, in Gallatin County, in the State and District of Montana, the defendant, JAMEY WAYNE CHARON, JR., knowingly distributed a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

COUNT 3

On or about March 31, 2022, at Bozeman, in Gallatin County, in the State and District of Montana, the defendant, JAMEY WAYNE CHARON, JR., knowingly distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

COUNT 4

On or about April 8, 2022, at Manhattan, in Gallatin County, in the State and District of Montana, the defendant, JAMEY WAYNE CHARON, JR., knowing he had been convicted on or about February 22, 2022, of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Montana, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in count 4 of this indictment, the defendant, JAMEY WAYNE CHARON, JR., shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney