IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMEY WAYNE CHARON, JR.,<br><br>Defendant. | CR 22–28–BU–DLC<br><br>ORDER |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 27.) Defendant Jamey Wayne Charon, Jr. has been adjudged guilty of one count of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and one count of prohibited person in possession of firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1), as charged in Counts I and IV of the Indictment. (Doc. 29.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 27) is GRANTED:

IT IS FURTHER ORDERED that Charon's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Smith & Wesson M&P 40, .40 Cal. pistol, SN NCV1813.

IT IS FURTHER ORDERED that the United States Marshals Service, the Federal Bureau of Investigation, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 4th day of April, 2023.

_____
Dana L. Christensen, District Judge
United States District Court